

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| RUBEN POGHOSYAN, | No. 25-2835 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:25-cv-03091-SB-ADS Central District of California, Los Angeles |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al., | ORDER |
| Defendants - Appellees. | |

Before: W. FLETCHER and CALLAHAN, Circuit Judges.

The motion (Docket Entry No. 3) for injunctive relief is denied. *See* 8 U.S.C. § 1252(g); *Rauda v. Jennings*, 55 F.4th 773, 776-78 (9th Cir. 2022).

The existing briefing schedule remains in effect.